# Third District Court of Appeal

## State of Florida

Opinion filed November 23, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2043
Lower Tribunal No. 17-20910

————————

**Shlomo Pollak, et al.,**
Appellants,

vs.

**De Soleil South Beach Association, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Vazquez & Associates, and Steven B. Herzberg, for appellants.

Young, Berman, Karpf & Karpf, P.A., and Andrew S. Berman and Christina Ferreiro, for appellee.

Before SCALES, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.